IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                                          )<br>           Plaintiff,              )<br>                                                          )<br>     v.                                            )<br>                                                          )<br> ALAN C. COUP,                     )<br>                                                          )<br>           Defendant.           )<br>                                                          ) | 8:03CR534<br><br>REASSIGNMENT ORDER |

   IT IS ORDERED that, in the interest of judicial economy, this case is reassigned from District Judge Thomas M. Shanahan to District Judge Laurie Smith Camp for disposition and remains assigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

   DATED this 5th day of July, 2005.

                                                                 BY THE COURT:


                                                                 s/ Joseph F. Bataillon
                                                                 JOSEPH F. BATAILLON
                                                                 UNITED STATES DISTRICT JUDGE